UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JARRED LOWREY,

    Plaintiff,

v.                                                                                          No. _____

CITY OF RIO RANCHO,
RIO RANCHO PUBLIC SCHOOLS,
RIO RANCHO POLICE DEPARTMENT,
CONNIE PETERSON, in her official and individual capacities,
LORENZO GREEN, in his official and individual capacities,
NOAH TRUJILLO, in his official and individual capacities,
BRANDON MAEZ, in his official and individual capacities,
ELLIANA LURY, in her official and individual capacities,
MATT GEISEL, in his official and individual capacities,
JOSH RUBIN, in his official and individual capacities,
LAWRENCE SAMUEL, in his official and individual capacities,
MIKE McDERMOTT, in his private capacity as 3rd party conspirator,
TORENZO JOHNSON, in his private capacity as 3rd party conspirator,
STEPHEN SMITH, in his private capacity as 3rd party conspirator,
THERESA SMITH, in her private capacity as 3rd party conspirator,
MELISSA MONTOYA, in her private capacity as 3rd party conspirator,
RAQUEL DeTOMASSO, in her private capacity as 3rd party conspirator,
BIANCA FISHER, in her private capacity as 3rd party conspirator,
MICHAEL FISHER, in his private capacity as 3rd party conspirator,
BOBBIE MARTINEZ, in her private capacity as 3rd party conspirator,

    Defendants.

**ENTRY OF APPEARANCE**

    The law firm of Dixon•Scholl•Carrillo•P.A., (James C. Wilkey and Jeannie Hunt), hereby enters its appearance as counsel on behalf of Defendants The City of Rio Rancho, Rio Rancho Police Department, Matt Geisel, Josh Rubin, Connie Peterson, Lawrence Samuel, Lorenzo Green, Noah Trujillo, Brandon Maez, Elliana Lury, Lorenzo Green, Theresa Smith, Stephen Smith, and Torenzo Johnson and requests copies of all pleadings, notices, orders, discovery requests and

responses thereto, subpoenas, any documents or other items obtained by subpoena and any other papers filed or served on any party in connection with the captioned matter.

    Respectfully submitted,

/s/ James C. Wilkey
James C. Wilkey
Jeannie Hunt
DIXON•SCHOLL•CARRILLO•P.A.
6700 Jefferson, NE
Building B, Suite 1
Albuquerque, New Mexico 87109
Phone: (505) 244-3890
Fax: (505) 244-3889
jwilkey@dsc-law.com
jhunt@dsc-law.com
*Attorneys for Defendants, The City of Rio Rancho, Rio Rancho Police Department, Matt Geisel, Josh Rubin, Connie Peterson, Lawrence Samuel, Lorenzo Green, Noah Trujillo, Brandon Maez, Elliana Lury, Lorenzo Green, Theresa Smith, Stephen Smith, and Torenzo Johnson*

I HEREBY CERTIFY that on the 29th day of August 2025, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and served this Notice of Removal by email to:

Jarrod Lowrey
P.O. Box #45424
Rio Rancho, NM 87174
jlowrey6886@hotmail.com
*Plaintiff, Pro Se*

Jason M. Burnette
Mia Chavez
German ● Burnette & Associates, LLC
11728 Linn Ave. NE
Albuquerque, NM 87123
jason@germanassociates.com
mia@germanassociates.com

Tina Taylor, Esq.
TAYLOR LAW, LLC
500 Marquette Ave. NW, Suite 1200
Albuquerque, NM 87102
tinaesq@ttaylorlaw.com

Matthew Spangler
Spangler Pacheco & Werbelow PA
PO Box 15698
Rio Rancho, NM 87174-0698
ms@lsplegal.com

Melissa Montoya
rosemontoya97@hotmail.com

Ana Kuny Slock
anakuny@gmail.com

Raquel DeTomasso
rlajeunesse@yahoo.com


*James C. Wilkey*
James C. Wilkey